UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, PROMISE ARIZONA, LYDIA CAMARILLO, and JUANITA VALDEZ-COX,<br><br>    *Plaintiffs*,<br> v.<br><br>WILBUR L. ROSS, sued in his official capacity as U.S. Secretary of Commerce,<br><br>STEVEN DILLINGHAM, sued in his official capacity as Director of the U.S. Census Bureau,<br><br>U.S. DEPARTMENT OF COMMERCE, and<br><br>U.S. CENSUS BUREAU,<br><br>    *Defendants*. | Civil Action No. 8:19-cv-02710-GJH |

## *EX PARTE* MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY

Plaintiffs La Unión Del Pueblo Entero ("LUPE"), Promise Arizona ("PAZ"), Lydia Camarillo, and Juanita Valdez-Cox (collectively, "Plaintiffs"), by and through their undersigned counsel, move the Court *ex parte* for relief from Federal Rule of Civil Procedure 26(d)(1) and Local Rule 104(4) and request leave to serve a subpoena pursuant to Federal Rule of Civil Procedure 45 on a third-party records custodian to prevent destruction of evidence that is relevant to Plaintiffs' claims. Plaintiffs' arguments in support of this motion are fully set forth in the attached Memorandum of Law.

1

Dated:  October 1, 2019                     Respectfully submitted,

**By** /s/ Terry Ao Minnis

**ASIAN AMERICANS ADVANCING JUSTICE | AAJC**
John C. Yang (IL Bar No. 6210478)*
Niyati Shah (NJ Bar No. 026622005)*º
Terry Ao Minnis (MD Bar No. 20547)º
Eri Andriola (NY Bar No. 5510805)*º

1620 L Street, NW, Suite 1050
Washington, DC 20036
Phone: (202) 815-1098

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
Thomas A. Saenz (CA Bar No. 159430)*º
Denise Hulett (CA Bar No. 121553)*º
Andrea Senteno (NY Bar. No. 5285341)**º
Tanya G. Pellegrini (CA Bar No. 285186)*º
Julia A. Gomez (CA Bar No. 316270)*º

1016 16th Street NW, Suite 100
Washington, DC 20036
Phone: (202) 293-2828
Facsimile: (202) 293-2849

* Pro hac vice *applications forthcoming*
** *Application for admission forthcoming*
º *Not admitted in DC.*

## **CERTIFICATE OF SERVICE**

    I certify that on this 1st day of October, 2019, I caused a copy of the Motion for Leave to Conduct Early Discovery to be sent to all parties receiving CM/ECF notices in this case.

                                                  /s/ Terry Ao Minnis
                                                  Terry Ao Minnis