UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, PROMISE ARIZONA, LYDIA CAMARILLO, and JUANITA VALDEZ-COX,<br><br>    *Plaintiffs*,<br> v.<br><br>WILBUR L. ROSS, sued in his official capacity as U.S. Secretary of Commerce,<br><br>STEVEN DILLINGHAM, sued in his official capacity as Director of the U.S. Census Bureau,<br><br>U.S. DEPARTMENT OF COMMERCE, and<br><br>U.S. CENSUS BUREAU,<br><br>    *Defendants*. | Civil Action No. 8:19-cv-02710-GJH |

**REQUEST FOR JUDICIAL NOTICE**

Plaintiffs La Unión Del Pueblo Entero ("LUPE"), Promise Arizona ("PAZ"), Lydia Camarillo, and Juanita Valdez-Cox (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby request that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of portions of the docket in *Common Cause v. Lewis*, No. 19 CVS 014001 (N.C. Super.). The Court may take judicial notice of court dockets in other proceedings, including state court proceedings. *See*, *e.g.*, *Bey v. Shapiro Brown & Alt, LLP*, 997 F.Supp.2d 310, 312 n. 1 (D. Md. 2014), aff'd, 584 F. Appx. 135 (4th Cir. 2014); *see also Strickland–Lucas v. Citibank, N.A.*, 256 F.Supp.3d 616, 620 n. 3 (D. Md. 2017) (explaining judicial notice generally, including judicial

1

notice of docket entries).

Plaintiffs respectfully request that the court take judicial notice of the following documents filed in *Common Cause v. Lewis*, No. 19 CVS 014001 (N.C. Super.):

1. Consent Protective Order, filed on April 5, 2019, attached hereto as Exhibit 1.

2. Plaintiffs' Motion for the Court to Issue Direction to Legislative Defendants, filed June 6, 2019, attached hereto as Exhibit 2.

3. Geographic Strategies LLC's Motion For Leave to Request An Order of Protection, And in The Alternative, To Intervene Under Rules 45 and/or 24, filed on June 15, 2019, attached hereto as Exhibit 3.

4. Order on Geographic Strategies LLC's Motion to Designate Hofeller Files as Highly Confidential and to Compel Production, filed on July 12, 2019, attached hereto as Exhibit 4.

5. Memorandum In Support of Geographic Strategies' Response to Court Order of 7/12/19, filed on August 30, 2019, attached hereto as Exhibit 5.

6. Dalton L. Oldham's Affidavit In Support of Geographic Strategies LLC's Motion to Designate Documents Confidential or Highly Confidential and for Additional Requests for Relief, dated August 23, 2019, attached hereto as Exhibit 6.

7. Motion for the Court to Issue Direction to Plaintiffs Regarding Privileged Documents Within Their Possession and Control, filed on August 30, 2019, attached hereto as Exhibit 7.

8. Order on Unopposed Motion For One-Week Extension of Time For Plaintiffs' Response to Geographic Strategies' August 30 Submissions, filed on September 5, 2019, attached hereto as Exhibit 8.

9. Motion for Leave to File Amicus Curiae Brief Mexican American Legal Defense and Educational Fund and Asian Americans Advancing Justice | AAJC, filed on September 13, 2019, attached hereto as Exhibit 9.

10. Order extending "CONFIDENTIAL" designation on all Hofeller files until October 27, 2019, filed on September 24, 2019, attached hereto as Exhibit 10.

Dated: October 1, 2019

Respectfully submitted,

By /s/ Terry Ao Minnis

**ASIAN AMERICANS ADVANCING JUSTICE | AAJC**
John C. Yang (IL Bar No. 6210478)*
Niyati Shah (NJ Bar No. 026622005)*º
Terry Ao Minnis (MD Bar No. 20547)º
Eri Andriola (NY Bar No. 5510805)*º

1620 L Street, NW, Suite 1050
Washington, DC 20036
Phone: (202) 815-1098

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
Thomas A. Saenz (CA Bar No. 159430)*º
Denise Hulett (CA Bar No. 121553)*º
Andrea Senteno (NY Bar. No. 5285341)**º
Tanya G. Pellegrini (CA Bar No. 285186)*º
Julia A. Gomez (CA Bar No. 316270)*º

1016 16th Street NW, Suite 100
Washington, DC 20036
Phone: (202) 293-2828
Facsimile: (202) 293-2849

\* Pro hac vice *applications forthcoming*
\*\* *Application for admission forthcoming*
º *Not admitted in DC.*

**CERTIFICATE OF SERVICE**

    I certify that on this 1st day of October 2019, I caused a copy of the Motion for Leave to Conduct Early Discovery to be sent to all parties receiving CM/ECF notices in this case.

                                                        /s/ Terry Ao Minnis
                                                        Terry Ao Minnis