# EXHIBIT 8

FILED
2019 SEP -5 PM 1:26
WAKE CO., C.S.C.

STATE OF NORTH CAROLINA

COUNTY OF WAKE

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
18 CVS 014001

COMMON CAUSE, et al.,

Plaintiffs,

v.

DAVID LEWIS, IN HIS OFFICIAL CAPACITY AS SENIOR CHAIRMAN OF THE HOUSE SELECT COMMITTEE ON REDISTRICTING, et al.,

Defendants.

**ORDER ON UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME FOR PLATINIFFS' RESPONSE TO GEOGRAPHIC STRATEGIES' AUGUST 30 SUBMISSIONS**

The Court, having considered the Unopposed Motion for One-Week Extension of Time for Plaintiffs' Response to Geographic Strategies' August 30, 2019, Submissions, hereby GRANTS the motion. The Court hereby extends the deadline for Plaintiffs and all other parties to respond to Geographic Strategies' submissions to September 13, 2019, and also hereby extends the date on which the "CONFIDENTIAL" designation on all Hofeller files will expire to 11:59 p.m. on September 17, 2019. All other terms of the Court's July 12, 2019, Order remain in effect.

So ORDERED this 5th day of September, 2019.

**/s/ Paul C. Ridgeway**

Paul C. Ridgeway, Superior Court Judge

**/s/ Joseph N. Crosswhite**

Joseph N. Crosswhite, Superior Court Judge

**/s/ Alma L. Hinton**

Alma L. Hinton, Superior Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on the persons indicated below by electronic mail, addressed as follows:

Edwin M. Speas, Jr.
Caroline P. Mackie
POYNER SPRUILL LLP
espeas@poynerspruill.com
cmackie@poynerspruill.com
*Counsel for Common Cause, the North Carolina Democratic Party, and the Individual Plaintiffs*

R. Stanton Jones
David P. Gersch
Elisabeth S. Theodore
Daniel F. Jacobson
ARNOLD & PORTER KAYE SCHOLER LLP
Stanton.jones@arnoldporter.com
David.gersch@arnoldporter.com
Elisabeth.theodore@arnoldporter.com
Daniel.jacobson@arnoldporter.com
*Counsel for Common Cause and the Individual Plaintiffs*

Marc E. Elias
Aria C. Branch
Abha Khanna
PERKINS COIE LLP
melias@perkinscoie.com
abranch@perkinscoie.com
akhanna@perkinscoie.com
*Counsel for Common Cause and the Individual Plaintiffs*

Phillip J. Strach
Thomas A. Farr
Michael McKnight
Alyssa Riggins
OGLETREE DEAKINS NASH SMOAK & STEWART PC
Phillip.strach@ogletreedeakins.com
Tom.farr@ogletreedeakins.com
Michael.mcknight@ogletreedeakins.com
Alyssa.riggins@ogletree.com
*Counsel for Legislative Defendants*

Richard Raile
Mark Braden
Trevor Stanley
Katherine McKnight
Elizabeth Scully
BAKER & HOSTETLER LLP
rraile@bakerlaw.com
mbraden@bakerlaw.com
tstanley@bakerlaw.com
kmcknight@bakerlaw.com
escully@bakerlaw.com
*Counsel for Legislative Defendants*

Stephanie A. Brennan
Amar Majmundar
Paul Cox
NC DEPARTMENT OF JUSTICE
sbrennan@ncdoj.gov
amajmundar@ncdoj.gov
pcox@ncdoj.gov
*Counsel for the State of North Carolina and members of the State Board of Elections*

Katelyn Love
NC STATE BOARD OF ELECTIONS
legal@ncsbe.gov
*Counsel for the State Board of Elections*

John E. Branch, III
Nathaniel J. Pencook
Andrew D. Brown
SHANAHAN LAW GROUP PLLC
jbranch@shanahanlawgroup.com
npencook@shanahanlawgroup.com
abrown@shanahanlawgroup.com
*Counsel for Defendant-Intervenors*

Matthew W. Sawchak
NC DEPARTMENT OF JUSTICE
msawchak@ncdoj.gov
*Counsel for* Amici *Governor Cooper and Attorney General Stein*

John R. Wester
ROBINSON BRADSHAW & HINSON PA
jwester@robinsonbradshaw.com
*Counsel for* Amici *Governors Martin, Hunt, Easley, and Perdue*

Robert Neal Hunter, Jr.
HIGGINS BENJAMIN PLLC
rnhunter@greensborolaw.com
*Counsel for Geographic Strategies, LLC*

This the 5th day of September, 2019.

Kellie Z. Myers
Trial Court Administrator – 10th Judicial District
kellie.z.myers@nccourts.org