# EXHIBIT 10

STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE
                                         SUPERIOR COURT DIVISION
COUNTY OF WAKE          2019 SEP 24  PM 12: 39          18 CVS 014001

                    WAKE CO., C.S.C.

COMMON CAUSE, et al.,

                    Plaintiffs,

        v.                                              **ORDER**

DAVID LEWIS, IN HIS OFFICIAL CAPACITY
AS SENIOR CHAIRMAN OF THE HOUSE
SELECT COMMITTEE ON REDISTRICTING,
et al.,

                    Defendants.

The Court, on its own motion and in its discretion, ORDERS that the date on which the "CONFIDENTIAL" designation on all Hofeller files will expire is hereby extended to 11:59 p.m. on the 27th day of October, 2019, subject to further order of the Court.  All other terms of the Court's July 12, 2019, Order remain in effect.

So ORDERED this 24th day of September, 2019.

                         _____
                         Vince M. Rozier, Jr.
                         Superior Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the persons

indicated below by electronic mail, addressed as follows:


Edwin M. Speas, Jr.
Caroline P. Mackie
POYNER SPRUILL LLP
espeas@poynerspruill.com
cmackie@poynerspruill.com
*Counsel for Common Cause, the North Carolina Democratic Party, and the Individual Plaintiffs*

R. Stanton Jones
David P. Gersch
Elisabeth S. Theodore
Daniel F. Jacobson
ARNOLD & PORTER KAYE SCHOLER LLP
Stanton.jones@arnoldporter.com
David.gersch@arnoldporter.com
Elisabeth.theodore@arnoldporter.com
Daniel.jacobson@arnoldporter.com
*Counsel for Common Cause and the Individual Plaintiffs*

Marc E. Elias
Aria C. Branch
Abha Khanna
PERKINS COIE LLP
melias@perkinscoie.com
abranch@perkinscoie.com
akhanna@perkinscoie.com
*Counsel for Common Cause and the Individual Plaintiffs*

Phillip J. Strach
Thomas A. Farr
Michael McKnight
Alyssa Riggins
OGLETREE DEAKINS NASH SMOAK & STEWART PC
Phillip.strach@ogletreedeakins.com
Tom.farr@ogletreedeakins.com
Michael.mcknight@ogletreedeakins.com
Alyssa.riggins@ogletree.com
*Counsel for Legislative Defendants*

Richard Raile
Mark Braden
Trevor Stanley
Katherine McKnight
Elizabeth Scully
BAKER & HOSTETLER LLP
rraile@bakerlaw.com
mbraden@bakerlaw.com
tstanley@bakerlaw.com
kmcknight@bakerlaw.com
escully@bakerlaw.com
*Counsel for Legislative Defendants*

Stephanie A. Brennan
Amar Majmundar
Paul Cox
NC DEPARTMENT OF JUSTICE
sbrennan@ncdoj.gov
amajmundar@ncdoj.gov
pcox@ncdoj.gov
*Counsel for the State of North Carolina and members of the State Board of Elections*

Katelyn Love
NC STATE BOARD OF ELECTIONS
legal@ncsbe.gov
*Counsel for the State Board of Elections*

John E. Branch, III
Nathaniel J. Pencook
Andrew D. Brown
SHANAHAN LAW GROUP PLLC
jbranch@shanahanlawgroup.com
npencook@shanahanlawgroup.com
abrown@shanahanlawgroup.com
*Counsel for Defendant-Intervenors*

Robert Neal Hunter Jr.
HIGGINS BENJAMIN PLLC
rnhunterjr@greensborolaw.com
*Counsel for Geographic Strategies, LLC*

This the 24th day of September, 2019.

_____
B. Davis Cooper
Judicial Assistant II – 10th Judicial District
Bettye.D.Cooper@nccourts.org