UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, PROMISE ARIZONA, LYDIA CAMARILLO, and JUANITA VALDEZ-COX,<br><br>    *Plaintiffs*,<br> v.<br><br>WILBUR L. ROSS, sued in his official capacity as U.S. Secretary of Commerce,<br><br>STEVEN DILLINGHAM, sued in his official capacity as Director of the U.S. Census Bureau,<br><br>U.S. DEPARTMENT OF COMMERCE, and<br><br>U.S. CENSUS BUREAU,<br><br>    *Defendants*. | Civil Action No. 8:19-cv-02710-GJH |

**DECLARATION OF TANYA G. PELLEGRINI IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY**

I, Tanya G. Pellegrini, hereby declare and state as follows:

1. I am over the age of eighteen years. I have personal knowledge of the facts set forth herein or believe them to be true based on my experience or upon personal information provided to me by others, and I am competent to testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy Dr. Thomas Hofeller's report entitled, "The Use of Citizen Voting Age Population in Redistricting" (hereinafter, "Use of CVAP in Redistricting Report"). Dr. Hofeller's Use of CVAP Redistricting Report was filed

1

with this Court on June 3, 2019 in *La Unión Del Pueblo Entero v. Ross*, No 18-cv-01570-GJH, ECF No. 137-3, Grant Decl. Exh. 1 at Ex. D.

3. On September 26, 2019, I contacted the Department of Justice ("DOJ") to give the Defendants notice of Plaintiffs' *ex parte* motion for expedited discovery.  On September 27, 2019, DOJ attorney Stephen Ehrlich confirmed that he would be handling this matter on behalf of Defendants.  That same day, I sent Mr. Ehrlich a copy of Plaintiffs' *ex parte* motion for expedited discovery and Plaintiffs' memorandum of law in support of their motion.  On September 30, 2019, as required by Local Rule 104.7, I met and conferred with Mr. Ehrlich about Plaintiffs' *ex parte* motion for expedited discovery. Mr. Ehrlich informed me that Defendants "take no position on Plaintiffs' motion, but Defendants do not concede that the documents sought by Plaintiffs are relevant to this action, or that any discovery would be appropriate if this case survives Defendants' forthcoming motion to dismiss.  Defendants also reserve their right to challenge the relatedness of this case with 18-cv-1570-GJH under Local Rule 103.1."  A true and correct copy of the email exchange between Mr. Ehrlich and myself is attached as Exhibit B.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 1, 2019             /s/ Tanya G. Pellegrini
                                          Tanya G. Pellegrini