# EXHIBIT B

# RE: LUPE v. Ross, No. 8:19-cv-02710-GJH - Ex Parte Motion for Expedited Discovery

Ehrlich, Stephen (CIV) <Stephen.Ehrlich@usdoj.gov>

Mon 9/30/2019 2:34 PM

To: Tanya Pellegrini <Tpellegrini@MALDEF.org>; Denise M. Hulett <Dhulett@MALDEF.org>; Niyati Shah <nshah@advancingjustice-aajc.org>; Andrea Senteno <asenteno@MALDEF.org>; Eri Andriola <eandriola@advancingjustice-aajc.org>; Julia Gomez <jgomez@MALDEF.org>; Terry Ao Minnis <tminnis@advancingjustice-aajc.org>;

Thanks, Tanya.  Please include the following language when noting Defendants' position:

> Defendants take no position on Plaintiffs' motion, but Defendants do not concede that the documents sought by Plaintiffs are relevant to this action, or that any discovery would be appropriate if this case survives Defendants' forthcoming motion to dismiss.  Defendants also reserve their right to challenge the relatedness of this case with 18-cv-1570-GJH under Local Rule 103.1.

Stephen Ehrlich
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
202-305-9803 | stephen.ehrlich@usdoj.gov

---

**From:** Tanya Pellegrini <Tpellegrini@MALDEF.org>
**Sent:** Monday, September 30, 2019 3:48 PM
**To:** Ehrlich, Stephen (CIV) <sehrlich@CIV.USDOJ.GOV>; Denise M. Hulett <Dhulett@MALDEF.org>; Niyati Shah <nshah@advancingjustice-aajc.org>; Andrea Senteno <asenteno@MALDEF.org>; Eri Andriola <eandriola@advancingjustice-aajc.org>; Julia Gomez <jgomez@MALDEF.org>; Terry Ao Minnis <tminnis@advancingjustice-aajc.org>
**Subject:** Re: LUPE v. Ross, No. 8:19-cv-02710-GJH - Ex Parte Motion for Expedited Discovery

Hi Stephen,

Thank you for speaking with Niyati and me today about Plaintiffs' ex parte motion for expedited discovery.  We appreciate you sharing Defendants' position and concerns.  We have discussed Defendants' position internally and I write to inform you that Plaintiffs are seeking production of the Hofeller documents at this time to ensure that evidence that is relevant to Plaintiffs' claims is not destroyed before discovery formally begins in this case.  Plaintiffs intend to file their motion tomorrow morning. As such, could you please let me know by the end of the day Defendants' position, if any, on Plaintiffs' ex parte motion for expedited discovery.

Thank you,
Tanya

On Sep 30, 2019, at 9:25 AM, Tanya Pellegrini <Tpellegrini@maldef.org> wrote:

> 2:30pm sounds great.  We can use the below conference line.

Conference Call:
Toll Free Access#: 1-877-366-0711
Participant Passcode:  41490730#

Thanks,

Tanya Pellegrini
Staff Attorney
MALDEF

1512 14th Street
Sacramento, CA 95814
Ph (916) 444-3031
www.maldef.org

CONFIDENTIALITY NOTICE: This e-mail transmission from The Mexican American Legal Defense & Educational Fund, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.  If you have received this transmission in error, please immediately notify us by reply e-mail or by telephone at (916) 444-3031, and destroy the original transmission and its attachments without reading or saving it in any manner.

**From:** Ehrlich, Stephen (CIV) [mailto:Stephen.Ehrlich@usdoj.gov]
**Sent:** Monday, September 30, 2019 9:23 AM
**To:** Tanya Pellegrini; Denise M. Hulett; Niyati Shah; Andrea Senteno; Eri Andriola; Julia Gomez; Terry Ao Minnis
**Subject:** RE: LUPE v. Ross, No. 8:19-cv-02710-GJH - Ex Parte Motion for Expedited Discovery

Great.  Let's say 2:30 pm ET.  I can be reached at the number below, or I'm happy to dial in if you circulate a dial-in number.

Stephen Ehrlich
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
202-305-9803 | stephen.ehrlich@usdoj.gov

**From:** Tanya Pellegrini <Tpellegrini@MALDEF.org>
**Sent:** Monday, September 30, 2019 12:14 PM
**To:** Ehrlich, Stephen (CIV) <sehrlich@CIV.USDOJ.GOV>; Denise M. Hulett <Dhulett@MALDEF.org>; Niyati Shah <nshah@advancingjustice-aajc.org>; Andrea Senteno <asenteno@MALDEF.org>; Eri Andriola <eandriola@advancingjustice-aajc.org>; Julia Gomez <jgomez@MALDEF.org>; Terry Ao Minnis <tminnis@advancingjustice-aajc.org>
**Subject:** RE: LUPE v. Ross, No. 8:19-cv-02710-GJH - Ex Parte Motion for Expedited Discovery

Hi Stephen,

How about sometime between 1pm-3pm ET for a call?

Thank you,

Tanya Pellegrini
Staff Attorney
MALDEF

1512 14th Street

Sacramento, CA 95814

Ph (916) 444-3031

www.maldef.org

CONFIDENTIALITY NOTICE: This e-mail transmission from The Mexican American Legal Defense & Educational Fund, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by reply e-mail or by telephone at (916) 444-3031, and destroy the original transmission and its attachments without reading or saving it in any manner.

**From:** Ehrlich, Stephen (CIV) [mailto:Stephen.Ehrlich@usdoj.gov]
**Sent:** Monday, September 30, 2019 9:01 AM
**To:** Tanya Pellegrini; Denise M. Hulett; Niyati Shah; Andrea Senteno; Eri Andriola; Julia Gomez; Terry Ao Minnis
**Subject:** RE: LUPE v. Ross, No. 8:19-cv-02710-GJH - Ex Parte Motion for Expedited Discovery

Hi Tanya—I'm generally available for a call this afternoon. Let me know what time works for you.

Stephen Ehrlich
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
202-305-9803 | stephen.ehrlich@usdoj.gov

**From:** Tanya Pellegrini <Tpellegrini@MALDEF.org>
**Sent:** Friday, September 27, 2019 2:58 PM
**To:** Ehrlich, Stephen (CIV) <sehrlich@CIV.USDOJ.GOV>; Denise M. Hulett <Dhulett@MALDEF.org>; Niyati Shah <nshah@advancingjustice-aajc.org>; Andrea Senteno <asenteno@MALDEF.org>; Eri Andriola <eandriola@advancingjustice-aajc.org>; Julia Gomez <jgomez@MALDEF.org>; Terry Ao Minnis <tminnis@advancingjustice-aajc.org>
**Subject:** RE: LUPE v. Ross, No. 8:19-cv-02710-GJH - Ex Parte Motion for Expedited Discovery

Thank you, Stephen. Since this is an urgent matter related to possible destruction of relevant evidence, Plaintiffs need to file their motion immediately. As such, please let me know your availability for a call on Monday, September 30th, so that Plaintiffs can file their motion soon thereafter.

---

Tanya Pellegrini
Staff Attorney
MALDEF
1512 14th Street
Sacramento, CA 95814
Ph (916) 444-3031
www.maldef.org

CONFIDENTIALITY NOTICE: This e-mail transmission from The Mexican American Legal Defense & Educational Fund, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error,

please immediately notify us by reply e-mail or by telephone at (916) 444-3031, and destroy the original transmission and its attachments without reading or saving it in any manner.

**From:** Ehrlich, Stephen (CIV) [mailto:Stephen.Ehrlich@usdoj.gov]
**Sent:** Friday, September 27, 2019 10:57 AM
**To:** Tanya Pellegrini; Denise M. Hulett; Niyati Shah; Andrea Senteno; Eri Andriola; Julia Gomez; Terry Ao Minnis
**Subject:** RE: LUPE v. Ross, No. 8:19-cv-02710-GJH - Ex Parte Motion for Expedited Discovery

Thanks very much, Tanya. I am unavailable today, and I need time to confer with my clients before we discuss. I will be in touch early next week.

Stephen Ehrlich
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
202-305-9803 | stephen.ehrlich@usdoj.gov

**From:** Tanya Pellegrini <Tpellegrini@MALDEF.org>
**Sent:** Friday, September 27, 2019 1:26 PM
**To:** Ehrlich, Stephen (CIV) <sehrlich@CIV.USDOJ.GOV>; Denise M. Hulett <Dhulett@MALDEF.org>; Niyati Shah <nshah@advancingjustice-aajc.org>; Andrea Senteno <asenteno@MALDEF.org>; Eri Andriola <eandriola@advancingjustice-aajc.org>; Julia Gomez <jgomez@MALDEF.org>; Terry Ao Minnis <tminnis@advancingjustice-aajc.org>
**Subject:** RE: LUPE v. Ross, No. 8:19-cv-02710-GJH - Ex Parte Motion for Expedited Discovery

Hi Stephen,

Thank you for confirming that you are handling this matter. Please find attached Plaintiffs' memorandum of law in support of their ex parte motion for expedited discovery. I am available this afternoon to meet and confer. Please let me know if you have availability today for a Local Rule 104.7 conference.

Sincerely,

Tanya Pellegrini
Staff Attorney
MALDEF
1512 14th Street
Sacramento, CA 95814
Ph (916) 444-3031
www.maldef.org

CONFIDENTIALITY NOTICE: This e-mail transmission from The Mexican American Legal Defense & Educational Fund, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by reply e-mail or by telephone at (916) 444-3031, and destroy the original transmission and its attachments without reading or saving it in any manner.

**From:** Ehrlich, Stephen (CIV) [mailto:Stephen.Ehrlich@usdoj.gov]
**Sent:** Friday, September 27, 2019 8:33 AM
**To:** Tanya Pellegrini; Denise M. Hulett; Niyati Shah; Andrea Senteno; Eri Andriola; Julia Gomez; Terry Ao Minnis
**Subject:** FW: LUPE v. Ross, No. 8:19-cv-02710-GJH - Ex Parte Motion for Expedited Discovery

All—I will be handling this case for DOJ.  Please identify the non-party records custodian and pass along your memo of law to facilitate a conference as required by Local Rule 104.7.

Stephen Ehrlich
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
202-305-9803 | stephen.ehrlich@usdoj.gov

---

**From:** Tanya Pellegrini <Tpellegrini@MALDEF.org>
**Sent:** Thursday, September 26, 2019 1:57 PM
**To:** Gardner, Joshua E (CIV) <jgardner@CIV.USDOJ.GOV>
**Cc:** Denise M. Hulett <Dhulett@MALDEF.org>; Niyati Shah <nshah@advancingjustice-aajc.org>; Andrea Senteno <asenteno@MALDEF.org>; Eri Andriola <eandriola@advancingjustice-aajc.org>; Julia Gomez <jgomez@MALDEF.org>; Terry Ao Minnis <tminnis@advancingjustice-aajc.org>
**Subject:** LUPE v. Ross, No. 8:19-cv-02710-GJH - Ex Parte Motion for Expedited Discovery

Hi Josh,

It was great speaking with you.  As discussed, the Plaintiffs in *LUPE v. Ross*, No. 8:19-cv-02710-GJH, intend to move ex parte for an order granting them leave to conduct limited expedited discovery in the form of a Rule 45 subpoena on a non-party records custodian.  Plaintiffs motion is attached.  Please let me know who Plaintiffs should serve with their motion and supporting documents.

Thank you,

Tanya Pellegrini
Staff Attorney
MALDEF
1512 14th Street
Sacramento, CA 95814
Ph (916) 444-3031
www.maldef.org

CONFIDENTIALITY NOTICE: This e-mail transmission from The Mexican American Legal Defense & Educational Fund, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.  If you have received this transmission in error, please immediately notify us by reply e-mail or by telephone at (916) 444-3031, and destroy the original transmission and its attachments without reading or saving it in any manner.