UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LA UNIÓN DEL PUEBLO ENTERO,
PROMISE ARIZONA, LYDIA
CAMARILLO, and JUANITA VALDEZ-
COX,

                    *Plaintiffs*,

        v.

WILBUR L. ROSS, sued in his official
capacity as U.S. Secretary of Commerce,

STEVEN DILLINGHAM, sued in his
official capacity as Director of the U.S.
Census Bureau,

 U.S. DEPARTMENT OF COMMERCE,
 and

 U.S. CENSUS BUREAU,

                    *Defendants*.

Civil Action No. 8:19-cv-02710-GJH

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED
DISCOVERY**

This Court having read and considered Plaintiffs' *Ex Parte* Motion for Leave to Conduct Expedited Discovery:

IT IS HEREBY ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED THAT Plaintiffs have leave to conduct limited discovery in the form of a Federal Rule of Civil Procedure 45 subpoena(s) to non-party records custodian Common Cause and/or Stephanie Hofeller for documents subpoenaed in *Common Cause v. Lewis*, No. 19 CVS 014001 (N.C. Super.) that relate to redistricting work done by Dr. Thomas Hofeller.

SO ORDERED this _____ day of _____, 2019.

By _/s/_____
       GEORGE J. HAZEL
       United States District Judge

1