IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>WILBUR L. ROSS, in his official capacity as U.S. Secretary of Commerce, *et al.*,<br><br>　　　　　Defendants. | No. 8:19-cv-02710-GJH |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR
LEAVE TO CONDUCT EXPEDITED DISCOVERY**

　　Defendants take no position on Plaintiffs' request to serve a single subpoena "on a third-party records custodian to prevent destruction of evidence." Pls.' Mot. at 1, ECF No. 40. Defendants do not concede, however, that the documents sought by Plaintiffs are relevant to this action, or that any discovery would be appropriate if this case survives Defendants' forthcoming motion to dismiss.

DATED: October 15, 2019         Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Director, Federal Programs Branch

<u>/s/ Stephen Ehrlich</u>
STEPHEN EHRLICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC  20005
Tel.:  (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Counsel for Defendants*