# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, in his official capacity as U.S. Secretary of Commerce, *et al.*, <br><br> Defendants. | No. 8:19-cv-02710-PX |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Wilbur L. Ross, in his official capacity as U.S. Secretary of Commerce; Steven Dillingham, in his official capacity as Director of the U.S. Census Bureau, the U.S. Department of Commerce, and the U.S. Census Bureau (collectively, "Defendants"), by and through their undersigned counsel, move for an extension of time to respond to Plaintiffs' First Amended Complaint ("FAC").

1. On September 13, 2019, Plaintiffs filed a complaint for declaratory and injunctive relief, challenging the use of administrative records to gather citizenship data under Executive Order 13880. *See* ECF No. 1. Defendants were served with the complaint

1

on September 19, 2019. Plaintiffs filed the FAC on October 9, 2019 and served Defendants with the FAC on October 15, 2019. *See* ECF No. 41.

2. The current deadline for Defendants to respond to the FAC is November 18, 2019. *See* Fed. R. Civ. P. 15(a)(3).

3. Due to the operational demands of conducting final preparations for the 2020 Census, as well as other litigation demands on undersigned counsel and Defendants, undersigned counsel requires further time to confer with Defendants and assess Plaintiffs' claims before responding to the FAC.

4. Defendants therefore request that the Court extend its response deadline 30 days, through December 18, 2019.

5. Plaintiffs consent to only a 14-day extension through December 2, 2019; they oppose Defendants' request for a 30-day extension. In addition to the litigation and operational demands explained above, however, a December 2, 2019 deadline would add another layer of difficulty because undersigned counsel and Defendants would be forced to confer and obtain approval for their response to Plaintiffs' FAC over the Thanksgiving holiday while many individuals will be traveling.

6. Plaintiffs would suffer no prejudice from an extension of Defendants' response deadline. According to Plaintiffs' own allegations, they will not suffer any harm until (1) the Census Bureau collects administrative records from other agencies, FAC ¶¶ 59–62, (2) the Census Bureau is able to "produce citizenship population tabulations,"

2

FAC ¶¶ 96, 101, 103, 108, (3) the Census Bureau provides "[S]tates with citizenship data to be used along with the total population tabulations in the P.L. 94-171 Redistricting Data File," FAC ¶ 87, and (4) States choose to "use [citizens voting age population (CVAP)] as a population base for drawing congressional and state legislative redistricting plans in 2021," *id.* There can be no prejudice from a December 18, 2019 extension when, by Plaintiffs' own admission, no harm could materialize until sometime after April 1, 2021, if ever. *See* FAC ¶ 65; *see also* FAC at 31–32 (prayer for relief).

WHEREFORE, Defendants request that the Court extend their response deadline through and including December 18, 2019.

DATED: November 14, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Director, Federal Programs Branch

/s/ Stephen Ehrlich
STEPHEN EHRLICH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Counsel for Defendants*