UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, PROMISE ARIZONA, LYDIA CAMARILLO, and JUANITA VALDEZ-COX,<br><br>        *Plaintiffs*,<br>  v.<br><br>WILBUR L. ROSS, sued in his official capacity as U.S. Secretary of Commerce,<br><br>STEVEN DILLINGHAM, sued in his official capacity as Director of the U.S. Census Bureau,<br><br>U.S. DEPARTMENT OF COMMERCE, and<br><br>U.S. CENSUS BUREAU,<br><br>        *Defendants*. | Civil Action No. 8:19-cv-02710-GJH |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**

This Court having read and considered Plaintiffs' *Ex Parte* Motion for Leave to Conduct Expedited Discovery:

IT IS HEREBY ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED THAT Plaintiffs have leave to conduct limited discovery in the form of a Federal Rule of Civil Procedure 45 subpoena(s) to non-party records custodian Common Cause and/or Stephanie Hofeller for documents subpoenaed in *Common Cause v. Lewis*, No. 19 CVS 014001 (N.C. Super.) that relate to redistricting work done by Dr. Thomas Hofeller.

SO ORDERED this 14th day of November, 2019.

By  /S/_____

Paula Xinis
United States District Judge