IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LA UNIÓN DEL PUEBLO ENTERO, *
*et al.*,                                              *

    Plaintiffs,                      *

  v.                                                 *       Civil Action No. 8:19-cv-02710-PX

WILBUR L. ROSS, in his official        *
capacity as U.S. Secretary of Commerce,
*et al.*,                                              *

    Defendants.                    *
                                             ***

## **ORDER**

For the reasons discussed during today's virtual hearing, it is this 22nd day of July 2020, hereby ORDERED that

1. Plaintiffs' motion for leave to amend the Complaint is granted pursuant to Rule 15 of the Federal Rules of Civil Procedure; by no later than **August 12, 2020**, Plaintiffs shall file the Second Amended Complaint which shall be the operative complaint;

2. Defendants' Motion to Dismiss the Amended Complaint presently pending (ECF No. 60) is denied as MOOT and without prejudice;

3. If no new defendants are added pursuant to the Second Amended Complaint, Defendants shall have **21 days** from the date of the filing of the Second Amended Complaint to file any motion to dismiss the Second Amended Complaint;

4. If Defendants' file a motion to dismiss, their opening Memorandum in support, as well as Plaintiffs' response are limited to no more than **35 pages** for each side, exclusive of exhibits. Defendants' Reply Brief is limited to **15 pages,** exclusive of exhibits. To the

extent any of the claims remain unchanged between the First and Second Amended Complaint, the parties may incorporate prior arguments made by reference to prior pleadings (e.g. "*see* ECF No. 10 at pp. 3–5"), and such incorporation shall **not** count toward the above described page limitations.

|  |  |
|---|---|
|     7/22/2020 |     /S/ |
| Date | Paula Xinis |