UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al.,<br><br>    *Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, sued in his official capacity as President of the United States, et al.,<br><br>    *Defendants*. | Civil Action No. 8:19-cv-02710-PX |

## PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

Plaintiffs, by and through their undersigned counsel, move the Court to issue a temporary restraining order and/or preliminary injunction pursuant to Federal Rule of Civil Procedure 65 to enjoin Defendants from halting the 2020 decennial Census self-response and field data collection operations prior to October 31, 2020, and reporting the count of total population to the President prior to April 30, 2021.  Plaintiffs' arguments in support of this motion are set forth in the attached Memorandum of Law.

Dated:   September 1, 2020                    Respectfully submitted,

By /s/ Terry Ao Minnis

**ASIAN AMERICANS ADVANCING JUSTICE | AAJC**
John C. Yang (IL Bar No. 6210478)*
Niyati Shah (NJ Bar No. 026622005)
Terry Ao Minnis (MD Bar No. 20547)º
Eri Andriola (NY Bar No. 5510805)º
1620 L Street, NW, Suite 1050
Washington, DC 20036
Phone: (202) 815-1098
Facsimile: (202) 296-2318

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
Thomas A. Saenz (CA Bar No. 159430)º
Nina Perales (TX Bar No. 24005046)º
Andrea Senteno (NY Bar. No. 5285341)º
Tanya G. Pellegrini (CA Bar No. 285186)º
Daniel A. Hatoum (TX Bar No. 24099136)º
1016 16th Street NW, Suite 100
Washington, DC 20036
Phone: (202) 293-2828
Facsimile: (202) 293-2849

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Debo P. Adegbile (NY Bar No. 2699742)
Jamie S. Dycus (NY Bar No. 4523569)
Alan E. Schoenfeld (NY Bar. No. 4500898)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Phone: (212) 230-8800
Facsimile: (212) 230-8888

\* Pro hac vice *application forthcoming*
º *Not admitted in DC.*

## **CERTIFICATE OF SERVICE**

  I, Terry Ao Minnis, hereby certify that on September 1, 2020, I caused a copy of the foregoing motion and all accompanying filings to be sent to all parties receiving CM/ECF notices in this case.

                 */s/* Terry Ao Minnis
                 Terry Ao Minnis