# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LA UNIÓN DEL PUEBLO ENTERO, et al.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP, sued in his official capacity as President of the United States, et al.,**<br><br>*Defendants*. | **Civil Action No. 8:19-cv-02710-PX** |

### DECLARATION OF FRANCES VALDEZ

Pursuant to 28 U.S.C. § 1746, I, Frances Valdez, hereby declare and state as follows:

1. I am over the age of eighteen years. I have personal knowledge of the facts set forth herein or believe them to be true based on my experience or upon personal information provided to me by others, and I am competent to testify thereto.

2. I am the Executive Director of Houston in Action in Houston, Texas. I have been employed by Houston in Action for two years. In my capacity as Executive Director I oversee and assist in the strategic planning of Houston in Action's budget, manage field campaigns, manage data collection, and recruit, hire, and train personnel.

3. Based on Houston in Action's civic engagement work, my experience overseeing Houston in Action's census work, and my conversations with Houston in Action staff and county officials, it is my belief that the truncation of field operations on September 30, 2020 will result in many Latinx individuals and immigrants not being counted in the 2020 Census; truncation will

deter Latinx people and immigrants in Houston from participating in the decennial Census and will cause an undercount of the Latinx and immigrant populations in Houston.

### Immigrant Communities in Houston, Texas

4. Houston is considered the most diverse city in the country by some metrics.[1] For example, in 2013 the Houston metro area was home to 1.4 million foreign-born persons out of a total of 6.3 million people.[2] Houston's immigrant population ranked fifth largest among U.S. metropolitan areas, and Houston has a large Latinx population as well. Houston ranked third U.S. city in the number of Mexican and Honduran immigrants.[3]

### Houston in Action Census 2020 Outreach Activities

5. Through my experience overseeing Houston in Action's Census activities, I have learned that undercounted groups include people of color, renters, and people with small children. In Houston, people with small children are disproportionately Latinx, because Latinx persons in Houston are disproportionately younger.

6. Houston in Action is focused on work centered around under-represented communities in Houston and Harris County. To this end, we have conducted work to reach undercounted groups in Houston. We have also partnered with other organizations in an effort to reach undercounted groups by coordinating and convening the Complete Count Committee for both the City of Houston and Harris County, and coordinated over 100 organizations to support outreach and education efforts to decrease the census undercount, especially for immigrants and

---

[1] Randy Capps, Michael Fix, and Chiamaka Nwosu, *A profile of immigrants in Houston, the Nation's Most Diverse Metropolitan Are*, Migration Policy Institute (Mar. 2015), https://www.migrationpolicy.org/research/profile-immigrants-houston-nations-most-diverse-metropolitan-area#:~:text=Its%20immigrant%20population%20ranked%20fifth,%2C%20Vietnamese%2C%20and%20Honduran%20immigrants.&text=The%20report%20finds%20that%20Houston's,of%20immigrants%20and%20their%20children.

[2] *Id.* at 1.

[3] *Id.* at 1.

2

communities of color.

7.     Specifically, we have been focused on areas with large immigrant populations. The lowest response rates in Harris County include Greenspoint and Gulfton, which have large immigrant communities. Through our partner organizations, before the pandemic, partners held numerous in-person outreach events and we translated resources into multiple languages spoken by the immigrant and refugee community. We created educational materials for undercounted communities. We distributed these materials to our partner organizations, who then further distributed the materials through in person contact, email, text message, and social media. Since the start of the pandemic we have organized massive phone banks, text banks and supported outreach and education through digital means such as posting on social media, webinars and livestream with communities with a large undercount and high immigrant populations.

8.     We use our connections with ethnic media to increase Census awareness. For example, we have worked with Univision and have participated in town halls with them as an opportunity to address responding to the Census.  We also worked with the Census Bureau on live stream events and joint trainings in Spanish. Houston in Action formed a Citizenship question working group and coordinated media response during oral arguments before the Supreme Court to combat misinformation re: possible census Citizenship question. We also developed direct, shareable, multi-lingual, social media content to state that there is no citizenship question on the Census. All efforts have been focused on Census block groups with low (<50%) self-response rates.

9.     By phone, Houston in Action and its coalition partners have reached about 275,000 unique people making approximately 435,000 attempts. By text, we and our coalition partners reached about 390,000 unique people for a total of approximately 1,000,000 messages

sent. Pre-COVID, our groups knocked on approximately 40,000 doors with 27 canvassers. The Houston in Action local Census hotline provides local advice to Census-related questions. Approximately 250 calls have been received, mostly in English and Spanish, but also in Vietnamese, Chinese, Urdu, Hindi, and Korean.

**COVID**

10. We started planning for the 2020 Census in the summer of 2018. We had a very detailed plan with numerous partners prepared to implement most of the work from March through June of 2020. Our efforts were focused on trusted messengers reaching out to communities most marginalized through in-person tactics such as events, one-on-ones and door-to-door canvassing. On March 13th, our groups decided that they did not feel safe doing in-person activities. Although we were able to pivot to a completely digital/online program within a week, the pandemic caused major disruption to our operations.

11. Since the start of the pandemic we have organized massive phone banks, text banks and supported outreach and education through digital means such as posting on social media, webinars and live streams to encourage census participation.

12. Based on research I have reviewed in my work to increase Census participation in Houston, I know that people of color are contracting COVID-19 at higher rates. Further, in the wake of the economic downturn caused by COVID-19, people of color are losing their jobs at a higher rate. A combination of both factors has further depressed Census response rates from low income and communities of color.

**The Truncation**

13. If the Census Bureau stops field operations on September 30, 2020, this will have a negative effect on our 2020 Census outreach activities and fewer people in the community will

get counted. Houston in Action had planned its activities relying on the announcement by the Census Bureau that it would continue counting people through October 2020.

14. Because of COVID-19, we have experienced major disruption to our operations. The extended timeline was going to provide more time for us to make up for having to completely rework our plan. Our initial plan took over a year to create. We had finally established our plans and were prepared to try and make up for limitations and disruption from the pandemic when the date was changed to September 30, 2020. When you are coordinating over 100 organizations in a county-wide effort, major changes like the pandemic and the timeline changes cause us to have to spend time making more plans. Consequently, we lose time on getting the work done.

15. There are already many structural barriers to the counting of undercounted groups. Truncating the data collecting and processing will create an additional barrier to counting undercounted groups.

16. Houston and Harris County still have a lot of counting that is left to be done. As of August 26, 2020, Houston had a self-response rate of 55.4%, and Harris County had a self-response rate of 59.5%. This trails behind the national and state averages which, as of August 26, 2020 are 64.6% and 59.9% respectively.[4] Several neighborhoods in Houston are severely undercounted thus far. For example, the Downtown Neighborhood, Gulfton, and Westwood all have response rates below 40%. No Houston neighborhood has a response rate at or above the state or national average.

17. Additional time to conduct census outreach through October 31, 2020 will allow me and Houston in Action to reach more undercounted community members in Houston and

---

[4] U.S. Census Bureau, "Response Rates," available at https://2020census.gov/en/response-rates.html (last visited Aug. 26, 2020).

Harris County because it will allow us to continue outreach efforts and increase the points of contact to get as complete and accurate a count as possible. Conversely, ending counting on September 30, 2020 will result in great harm to the community because many thousands of people will not get counted and Houston will lose federal resources and political representation as a result of this undercount.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2020 in Houston, Texas.

_____
Frances Valdez