# EXHIBIT I

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, PROMISE ARIZONA, LYDIA CAMARILLO, JUANITA VALDEZ-COX, ROGENE GEE CALVERT; ZEENAT NISHA HASAN; CANDY L. GUTIERREZ; EUGENE WU, DEBORAH CHEN, ORGANIZATION OF CHINESE AMERICANS-GREATER HOUSTON, DAVID CHIU, PHILLIP TING, ALBERT MURATSUCHI, KENNY CHU, YICHENG WU, CYNTHIA CHOI, VINCENT PAN, JOHN PARK, JEFFREY D. HSI, JACINTA TITIALII ABBOTT, VENGHAN TANG, RAJ MUKHERJI, SHARON TOMIKO SANTOS, MIA GREGERSON, JENNIFER REYES, RAYMOND SANCHEZ, MARICELA LECHUGA, MARTY RAMIREZ, FELIPE CRUZ, ALEXANDRA ROSY PALOMO-PUJOL, MARCO ABARCA, COALITION FOR HUMANE IMMIGRANT RIGHTS OF LOS ANGELES, RALPH CARMONA, and JAVIER GASTON-GREENBERG,<br><br>     *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, sued in his official capacity as President of the United States,<br><br>WILBUR L. ROSS, sued in his official capacity as U.S. Secretary of Commerce,<br><br>STEVEN DILLINGHAM, sued in his official capacity as Director of the U.S. Census Bureau,<br><br>U.S. DEPARTMENT OF COMMERCE, and<br><br>U.S. CENSUS BUREAU,<br><br>     *Defendants*. | Civil Action No. 8:19-CV-02710-PX |

## **DECLARATION OF DEBORAH CHEN**

Pursuant to 28 U.S.C. § 1746, I, Deborah Chen, hereby declare and state as follows:

1. I am over the age of eighteen years. I have personal knowledge of the facts set forth herein or believe them to be true based on my experience or upon personal information provided to me by others, and I am competent to testify thereto.

2. I live in Houston, Texas.

3. I am Asian American. According to ACS data, the total population of Houston, Texas is 2,267,336 and Asian Americans constitute approximately 6.7 percent of the total population.[1] I live in a geographic area that contains a proportionately larger population of immigrants, non-U.S. citizens and Asian Americans when compared to the rest of Texas.

4. I am a member and the Civic Engagement Programs Director of Organization of Chinese Americans-Greater Houston ("OCA-GH"). OCA-GH is headquartered at 9800 Town Park Drive, #140, Houston, TX 77036, where I maintain my office.

5. My testimony in this declaration is based on: my personal experience as an Asian American, and specifically as a Chinese-American; my experience with community engagement work in three decennial censuses; my knowledge as a leader in the Asian American and immigrant communities in Houston and in Texas; OCA-GH's community outreach work; and my conversations with OCA-GH members. It is my belief that the truncation of census field operations will deter participation of many Asian Americans and immigrants in the 2020 Decennial Census and will result in an undercount of Asian Americans in Texas.

---

[1] U.S. Census Bureau, 2017 ACS 5-Year Estimates, Table B02001, Race (Houston, Texas) https://data.census.gov/cedsci/table?q=asian%20%2B%20Houston,%20Texas&tid=ACSDT5Y2017.B02001&moe=false&hidePreview=false.

**OCA-GH**

6. As the Civic Engagement Programs Director of OCA-GH, I have first-hand knowledge about OCA-GH membership, organizational programs and activities, and the Asian American community in the Greater Houston area. Specifically, as the Civic Engagement Programs Director, I manage OCA-GH staff, volunteers, and independent contractors to conduct census and civic engagement community outreach.

7. OCA-GH is a Texas non-profit corporation that is a local chapter of the Organization of Chinese Americans ("OCA"), a national membership driven civil rights organization of community advocates dedicated to advancing the social, political, and economic well-being of Asian Pacific Americans. Founded in 1979, OCA-GH's mission is to increase the long-term leadership, civic participation, education and engagement of Asian Americans in the Greater Houston metropolitan area. In service of its mission, OCA-GH works on behalf of individuals with limited English proficiency and low-income residents in the Greater Houston area, who often face language, cultural, and economic barriers to political and civic participation. OCA-GH organizes volunteers for non-partisan civic engagement activities including but not limited to phone-banking, voter education, candidate forums, voter registration, and voting assistance. OCA-GH relies on the accuracy of decennial Census data for purposes of strategic planning and communication, resource allocation, and advocacy.

8. OCA-GH serves parts of the Greater Houston area with significant Asian American populations, including southwest Houston, Harris and Fort Bend Counties, and the cities of Sugarland, Jersey Village, and Clear Lake. OCA-GH currently has about 160 dues-paying members as well as non-dues-paying members, who are overwhelmingly volunteers and students. Most OCA-GH members are Asian American who are both U.S. and non-U.S. citizens,

and live in the Greater Houston area which has a relatively larger Asian American population when compared to Texas and the United States.

9. OCA-GH has members who regularly use public roads, highways, and transportation.

10. As the Civic Engagement Programs Director, I speak with and learn information from OCA-GH members through membership board meetings and community events. OCA-GH members also often reach out to me directly after events.

**OCA-GH's Civic Engagement Work**

11. To promote civic engagement in the communities we serve, OCA-GH organizes volunteers for non-partisan civic engagement activities including door knocking, phone-banking, texting campaigns, voter education, candidate forums, voter registration, and voting assistance. In 2018, OCA-GH phone-banked 1,316 individuals and conducted over 30 voter registration drives, registering 3,346 individuals. OCA-GH has also registered voters at naturalization ceremonies as well as at universities, churches, temples, and other community events.

12. OCA-GH works year-round to educate the Asian American community on the importance of voting and to encourage U.S. citizens to fulfill their civic duty by registering and voting. For example, OCA-GH, as part of its work around elections and civic engagement, reminds and assists those individuals whom it has helped naturalize to register to vote.

**OCA-GH's Census Outreach**

13. OCA-GH has an ongoing commitment to promote participation in the decennial Census to ensure that all are counted by engaging in outreach and education with the communities OCA-GH serves. As part of the census engagement efforts, OCA-GH organizes virtual and in-person events and community education sessions, and conducts phone-banking,

text-banking, canvassing, and tabling outside grocery stores in the Greater Houston area, with a particular focus on reaching hard-to-count communities. OCA-GH also translates and distributes census materials to community members, including flyers and posters, into the languages that community members speak, including Mandarin, Cantonese, Vietnamese, Spanish, Burmese, Arabic, Korean, Urdu, and Tagalog. As a trusted voice in the community, OCA-GH is able to communicate with community members in a manner tailored to our communities that resonates with individuals in a way that the generalized Census Bureau messaging is unable to do.

14. For the 2010 Census, OCA-GH engaged in community outreach through sharing resources, community education, canvassing, and phone-banking. OCA-GH also worked with Census Bureau staff and community liaisons. As a trusted voice and known organization in the community, OCA-GH helped expand the Census Bureau's outreach efforts in the Greater Houston area. OCA-GH also distributed outreach materials provided by the Census Bureau to community members.

15. Language access issues were a concern in 2010, and they will be an even bigger challenge for the 2020 Census.

16. The Greater Houston area has large populations that are linguistically isolated, so a sizeable number of local, trusted volunteers and staff who have the required fluency in Mandarin, Cantonese, Vietnamese, Korean, and Urdu will be needed to get a full count.

17. The Census Bureau's confusing and conflicting policies about only hiring U.S. citizens will inhibit recruiting and limit the number of available linguistically diverse enumerators. This problem will also be compounded by the COVID-19 pandemic-related health risks that negatively impact the pool of linguistically-able prospective enumerators.

18. For the 2020 Census, OCA-GH has created and distributed its own census outreach materials, many in-language, including flyers, posters, yard signs, bags, and pens, as it has not received these outreach martials from the Census Bureau as it did in 2010. Specifically, OCA-GH has provided outreach materials in languages including Mandarin, Cantonese, Vietnamese, Spanish, Burmese, Arabic, Korean, Urdu, and Tagalog. Prior to the COVID-19 pandemic, OCA-GH also held in-person community outreach and education events. During the pandemic, OCA-GH has continued to conduct phone-banking, text-banking, and virtual community outreach education sessions such as virtual bingo, which have been essential methods of outreach in the pandemic to promote census participation.

19. Based on my community engagement experience in three decennial censuses, I do not believe the truncated non-response procedures and follow-up will be sufficient to reach these communities that are traditionally hard to count. As trusted voices in the community, OCA-GH staff and volunteers are more effective in communicating the importance of responding to the census and reaching community members, particularly in hard-to-count areas. But OCA-GH simply does not have time to effectively reach many community members in this shortened time frame and under restrictions posed by the pandemic.

20. The truncation of field operations has further created wide-spread misinformation and confusion in the communities that OCA-GH serves. Based on my experience, I believe there are OCA-GH members and constituents who have not responded to the Census because of this confusion, compounded by the fear and distrust of government (discussed below).

21. In light of the above, OCA-GH has already had to adjust our census outreach plan to reach as many community members to ensure as complete and accurate of a census as possible in a truncated timeframe. For example, OCA-GH has had to abandon our strategic and targeted

approach to best reach hard-to-count Asian American community members, a time-consuming, individualized process. Instead, OCA-GH was forced to change our strategy to a less targeted and less effective approach that takes less time by leaving materials at doorsteps in densely populated areas, such as apartment complexes, whether or not they are in census tracts that have hard-to-count Asian Americans.

22.     As a result of the truncation of field operations, OCA-GH will continue to expend considerably more resources to convince the communities that we serve to respond to the 2020 Census. This effort will take staff time away from OCA-GH's civic engagement, voter registration, and voter education efforts. OCA-GH will not be able reach as many households to distribute voter education materials, will have less staff time to assist community members complete their naturalization applications online, and will have less staff time to conduct phone-banking for voter engagement. OCA-GH has even diverted physical resources to census outreach such as printing paper that would have been used to print voter education flyers. This diversion of resources will continue to frustrate the primary mission of OCA-GH to increase the long-term leadership, civic participation, education, and engagement of Asian Americans in the Greater Houston area.

23.     Additional time to conduct census outreach through October 31, 2020 will allow OCA-GH to reach more hard-to-count community members in the Greater Houston area because it will allow us to continue outreach efforts and increase the points of contact to get as complete and accurate of a count as possible.

**Distrust of Government in Asian American Communities**

24. My experiences living and working within the Asian American and immigrant communities in the Greater Houston area has alerted me to the fact that community members express concern about participating in the Census due to the addition of the citizenship question. These fears have not abated in light of current anti-immigrant rhetoric by public officials, including calling the COVID-19 pandemic "kung-flu," family separation policies and regulatory changes as to who will be considered a "public charge" when applying for a Green Card. Community members have expressed their distrust about sharing their information with the government and fear over how that information could later be used against them. There is also far more distrust over how government agencies may potentially share or use personal information now than in 2010. This fear has been confirmed by the Presidential Memorandum on excluding undocumented individuals from the apportionment base.

**Impact of Undercounting My Community**

25. As explained above, the truncation of Census field operations will cause my community in Houston and in Texas overall to be undercounted. In turn, this will detrimentally impact public programs and benefits that receive federal funding based on the census that my household regularly uses (described below), as well as my political voice:

   a. I am currently eligible to vote in Harris County, Texas;

   b. I intend to vote where I reside in elections in and after 2020; and

   c. I regularly drive on highways and roads in and around Houston and Harris County, Texas.

26. As a result of an undercount in the community in which I live, I will be deprived of representation in the U.S. House of Representatives and in state and local elected bodies. I will also suffer a loss of representation and diminished ability to elect candidates of my choice

because the districts drawn in my undercounted community will, in reality, contain more persons than the districts drawn in communities that are not undercounted.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Deborah Chen

Executed on August 26, 2020 in Houston, Texas.

9