UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, sued in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Civil Action No. 8:19-cv-02710-PX |

# PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING SCHEDULE AND HEARING ON EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

Plaintiffs have moved for a temporary restraining order ("TRO") and/or preliminary injunction ("PI") preventing Defendants from carrying out their plan to prematurely halt census self-response and field data collection operations on September 30, 2020. Plaintiffs request that Defendants be enjoined from halting such operations prior to October 31, 2020 and from reporting the count of total population to the President prior to April 30, 2021, pending this Court's review of Plaintiffs' claims challenging Defendants' efforts to truncate these vital census operations on the grounds that they violate the Enumeration Clause and the Equal Protection Clause of the Fifth Amendment to the U.S. Constitution. Absent the requested relief, Defendants will carry out their unlawful plan less than one month from today.

In light of these exigent circumstances, Plaintiffs hereby move pursuant to Federal Rule of Civil Procedure 6(c)(1), Local Civil Rule 105(2)(a), and the Court's inherent power to manage

its docket, for an order requiring Defendants to respond to Plaintiffs' motion by September 11, 2020, and allowing Plaintiffs to file a reply brief by September 16, 2020. Plaintiffs also respectfully request that the Court hold a hearing and rule on Plaintiffs' request for preliminary relief on or before September 18, 2020. The parties have conferred and agreed on this proposed schedule, pending the Court's approval.

An expedited schedule is necessary and in the interest of justice, given the urgency of the issues and the importance of the decennial Census to the public interest. Unless this Court acts, Defendants will end the census self-response period and field data collection by September 30, less than one month from the date of this motion and a full month earlier than planned, which (as set forth in Plaintiffs' memorandum supporting their motion for preliminary relief) is likely to result in a significant undercount of members of Plaintiffs' communities, including Latinos, Asian Americans, and immigrants. Once these operations have ended, the harm to Plaintiffs and their communities will be irreparable. Expedited resolution is also necessary to allow the Census Bureau professional staff adequate time to conduct post-data collection processing, following field operations, before transmitting the "tabulation of total population by States" to the President. 13 U.S.C. § 141(b). As Plaintiffs explain in their memorandum in support of preliminary relief, post-data collection processing, or post-processing, is a multi-step procedure and no step can be shortened or eliminated without real risk of error, including a failure to "actual[ly] enumerate" Latinos, Asian Americans, and immigrants. U.S. Const. art. I, § 2; Pls.' Br. in Support of Mot. for TRO and/or PI at 26-27. Expedited consideration of Plaintiffs' request for emergency relief is needed to prevent this harm from occurring under Defendants' unrealistic—and unconstitutional—timeline for completing the 2020 Census operations.

A shortened briefing schedule will not harm Defendants.  Resolution of Plaintiffs' motion will allow the Census Bureau to proceed under the timeline its staff, and Defendants themselves, have previously stated is necessary to complete a constitutionally adequate enumeration.  *See* Pls.' Br. in Support of Mot. for TRO and/or PI at 7-8.

For the foregoing reasons, Plaintiffs respectfully request that this Court issue an order adopting the schedule outlined above and respectfully request that the Court hold a hearing and grant Plaintiffs preliminary relief enjoining Defendants from carrying out their unconstitutional Census plan on or before September 18, 2020.

Dated:  September 1, 2020               Respectfully submitted,

                                        By /s/ Terry Ao Minnis

                                        **ASIAN AMERICANS ADVANCING JUSTICE | AAJC**
                                        John C. Yang (IL Bar No. 6210478)*
                                        Niyati Shah (NJ Bar No. 026622005)
                                        Terry Ao Minnis (MD Bar No. 20547)º
                                        Eri Andriola (NY Bar No. 5510805)º
                                        1620 L Street, NW, Suite 1050
                                        Washington, DC 20036
                                        Phone: (202) 815-1098
                                        Facsimile: (202) 296-2318

                                        **MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
                                        Thomas A. Saenz (CA Bar No. 159430)º
                                        Nina Perales (TX Bar No. 24005046)º
                                        Andrea Senteno (NY Bar. No. 5285341)º
                                        Tanya G. Pellegrini (CA Bar No. 285186)º
                                        Daniel A. Hatoum (TX Bar No. 24099136)
                                        1016 16th Street NW, Suite 100
                                        Washington, DC 20036
                                        Phone: (202) 293-2828
                                        Facsimile: (202) 293-2849

                                        **WILMER CUTLER PICKERING HALE AND DORR LLP**
                                        Debo P. Adegbile (NY Bar No. 2699742)
                                        Jamie S. Dycus (NY Bar No. 4523569)
                                        Alan E. Schoenfeld (NY Bar. No. 4500898)
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY 10007
                                        Phone: (212) 230-8800
                                        Facsimile: (212) 230-8888

                                        * Pro hac vice *application forthcoming*
                                        º *Not admitted in DC.*

4

**CERTIFICATE OF CONFERENCE**

     I hereby certify that on August 25, 2020, counsel for Plaintiffs conferred with counsel for Defendants regarding resolution of this motion, and Defendants assented to this motion for expedited briefing and hearing, as well as to the proposed schedule.

Dated: September 1, 2020                                  /s/ Nina Perales
                                                                             Nina Perales


**CERTIFICATE OF SERVICE**

     I, Terry Ao Minnis, hereby certify that on September 1, 2020, I caused a copy of the foregoing motion and all accompanying filings to be sent to all parties receiving CM/ECF notices in this case.

                                                                                      /s/ Terry Ao Minnis
                                                                                     Terry Ao Minnis