**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. 8:19-cv-02710-PX-PAH-ELH |
| DONALD J. TRUMP, sued in his official capacity as President of the United States, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\*\*\*

## SCHEDULING ORDER

Plaintiffs' motion for leave to file excess pages (ECF No. 114) and motion for expedited briefing schedule and hearing (ECF No. 113) are granted. The Court issues the following deadlines:

| | |
|---|---|
| September 11, 2020 | Defendants' Response in Opposition to Plaintiffs' Motion for a Temporary Restraining Order, and/or in the Alternative, Preliminary Injunction (not to exceed forty pages exclusive of affidavits and exhibits, table of contents and citations, and addenda containing statutes, rules, or regulations) |
| September 16, 2020 | Plaintiffs' Reply in Support of their Motion for a Temporary Restraining Order, and/or in the Alternative, Preliminary Injunction (not to exceed twenty-five pages exclusive of affidavits and exhibits, table of contents and citations, and addenda containing statutes, rules, or regulations) |

The Plaintiffs shall immediately deliver a courtesy copy of the opening motion and memorandum to the chambers of each Judge. The parties shall deliver one courtesy copy of all subsequent pleadings within three days after filing on ECF.

| | |
|---|---|
| September 21, 2020 at **2:00 p.m.** | Hearing before three-Judge panel to take place virtually by Zoom (2 hours) |

It is so ORDERED.

| | |
|---|---|
| 9/3/2020 | /S/ |
| Date | Paula Xinis |
| | United States District Judge |