UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., <br><br> *Plaintiffs*, <br> v. <br><br> DONALD J. TRUMP, sued in his official capacity as President of the United States, et al., <br><br> *Defendants*. | Civil Action No. 8:19-cv-02710-PX |

### PLAINTIFFS' NOTICE OF INTERVENING DEVELOPMENTS

In support of their Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (ECF No. 112, filed Sept. 1, 2020), Plaintiffs respectfully submit the attached materials, which became available after Plaintiffs filed their Emergency Motion.

First, Plaintiffs submit a statement that the Department of Justice filed on September 2, 2020 in *National Urban League v. Ross*, Case No. 5:20-cv-05799-LHK (N.D. Cal.) (attached hereto as Exhibit A). The statement informs the court that "the Census Bureau has already begun taking steps to conclude field operations," which "are scheduled to be wound-down throughout September by geographic regions based on response rates within those regions." This confirms Plaintiffs' statement in their brief "that Defendants may be planning to cease field operations at the local level even earlier" than the previously announced date of September 30, "heightening the urgency of Plaintiffs' request on this motion." ECF No. 112-1 at 1 n.1.

Second, Plaintiffs submit a letter and accompanying exhibit that Rep. Carolyn B. Maloney, Chairwoman of the Committee on Oversight and Reform, submitted to the leaders of the Senate and the House of Representatives on September 2, 2020 (attached hereto as Exhibits

B and C, respectively).  Representative Maloney warned that failure to extend Census deadlines would "forc[e] the Census Bureau to drastically curtail operations and severely jeopardiz[e] the 2020 Census."  She included an internal Census Bureau document dated August 3, 2020, which was not previously made public, and which warned that curtailing post-data collection processing "creates risk for serious errors not being discovered in the data"—errors that "may not be fixed" and would "thereby significantly decreas[e] data quality."  Ex. C, U.S. Census Bureau, Operational and Processing Options to Meet Statutory Date of December 31, 2020 for Apportionment, at 11 (Aug. 3, 2020); *see also id.* at 9 ("All of these [backend processing] activities represent abbreviated processes or eliminated activities that will reduce [data] accuracy.").  Census accuracy will be compromised, *inter alia*, by curtailing non-response follow up ("NRFU") operations, revising tested use of administrative records, eliminating count review, and other quality checks and review by the Population Division and the Decennial Statistical Studies Division.  *See id.* at 7-11.  Representative Maloney further noted that, based on this internal document, "forcing the Census Bureau to complete the 2020 Census without extending the statutory deadlines could significantly degrade its accuracy and completeness."

Third, Plaintiffs submit a table of the Census Bureau's NRFU workload completion rates by Area Census Offices as of September 3, 2020 (attached hereto as Exhibit D). The Census Bureau began publishing a map showing the NRFU completion rates at 3:00 PM EST on September 1, 2020, and began releasing the accompanying tables on September 3. The table shows that almost half of all Area Census Offices (116) have completed less than 60% of their NRFU workload.  Ex. D, U.S. Census Bureau, NRFU Completion ACO (Sept. 3, 2020).  For

example, the NRFU completion rate for the Rio Grande Valley (ACO # 3183),[1] where Plaintiff Juanita Valdez-Cox and members of Plaintiff La Union del Pueblo Entero reside, is 53.2%, and the completion rate for the Jersey City, New Jersey Area Census Office (ACO # 2267),[2] where Plaintiff Raj Mukherji resides, is 54.7%. *Id*.

Dated:   September 4, 2020                    Respectfully submitted,

By /s/ Terry Ao Minnis

**ASIAN AMERICANS ADVANCING JUSTICE | AAJC**
John C. Yang (IL Bar No. 6210478)*
Niyati Shah (NJ Bar No. 026622005)
Terry Ao Minnis (MD Bar No. 20547)º
Eri Andriola (NY Bar No. 5510805)º
1620 L Street, NW, Suite 1050
Washington, DC 20036
Phone: (202) 815-1098
Facsimile: (202) 296-2318

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
Thomas A. Saenz (CA Bar No. 159430)º
Nina Perales (TX Bar No. 24005046)º
Andrea Senteno (NY Bar. No. 5285341)º
Tanya G. Pellegrini (CA Bar No. 285186)º
Daniel A. Hatoum (TX Bar No. 24099136)º
1016 16th Street NW, Suite 100
Washington, DC 20036
Phone: (202) 293-2828
Facsimile: (202) 293-2849

---

[1] *See* U.S. Census Bureau, Status of Current Operations, https://www.census.gov/content/dam/Census/newsroom/press-kits/2020/acos-reopen.pdf (last updated June 9, 2020), showing the locations corresponding to each ACO number.
[2] *See supra* note 1.

3

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
Debo P. Adegbile (NY Bar No. 2699742)
Jamie S. Dycus (NY Bar No. 4523569)
Alan E. Schoenfeld (NY Bar. No. 4500898)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Phone: (212) 230-880
Facsimile: (212) 230-8888

\* Pro hac vice *application forthcoming*
º *Not admitted in DC*.

5

## CERTIFICATE OF SERVICE

    I, Terry Ao Minnis, hereby certify that on September 4, 2020, I caused a copy of the foregoing notice and all accompanying filings to be sent to all parties receiving CM/ECF notices in this case.

                                                */s/* Terry Ao Minnis
                                                Terry Ao Minnis