

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

October 1, 2020

### LETTER ORDER

Re:    19-cv-02710-PX-PAH-ELH, *La Union Del Pueblo Entero, et al. v. Trump, et al.*

On September 24, 2020 the United States District Court for the Northern District of California enjoined the Replan's September 30, 2020 deadline for data collection and the December 31, 2020 statutory deadline for the U.S. Census Bureau's report to the President. *Nat'l Urban League v. Ross*, No. 20-CV-05799-LHK, 2020 WL 5739144 (N.D. Cal. Sept. 24, 2020). The District Court's Order staying such deadlines is currently in effect, although the Government has appealed and sought separately to stay the Order. Secretary of Commerce Wilbur Ross subsequently announced that the Bureau will operate under a new "target date" of October 5, 2020 to conclude self-response and field data collection operations. *2020 Census Updates*, U.S. Census Bureau (Sept. 25, 2020), https://2020census.gov/en/news-events/press-releases/2020-census-update.html.

In pleadings before this Court, Defendants argued vigorously that if the data collection period extended past September 30, the Bureau could not possibly deliver the apportionment counts by the statutory deadline, December 31, 2020. In fact, Assistant Director Fontenot, the architect of the Replan, attested by sworn declaration that:

[W]e wish to be **crystal clear** that if the Court were to extend the data collection period past September 30, 2020, the Census Bureau would be unable to meet its statutory deadlines to produce apportionment counts prior to December 31, 2020 and redistricting data prior to April 1, 2021. The post processing deadlines for the Replan Schedule are tight, and **extending the data collection deadline would, of necessity, cause the Census Bureau to fail to be able to process the response data in time to meet its statutory obligations.** We have already compressed the post processing schedule from 5 months to only 3 months. We previously planned and tested our post processing systems assuming that we would follow a traditional, sequential processing sequence, and the 3-month schedule necessary for the Replan Schedule has already increased risk. **We simply cannot shorten post processing beyond the already shortened 3-month period**.

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**

ECF No. 117-1 ¶ 107 (emphasis added).

Yet now, the Secretary has truncated the post-processing phase further, raising questions as to whether the Bureau can, or intends to, meet the December 31 statutory deadline. It also is unclear whether the Bureau can continue to follow the "Replan," the constitutionality of which is at the center of this dispute.

In light of these developments, the Court directs Defendants to address, by letter pleading not to exceed five pages exclusive of exhibits: (1) the effect of the California District Court's September 24 Order on this case; (2) the effect of the new October 5 deadline for completing the self-response and field-data collection phase on the Bureau's ability to follow the "Replan" and to produce an accurate final enumeration by December 31; and (3) if the Bureau still intends to meet the December 31 statutory deadline, how it plans to accomplish an accurate final enumeration given that the post-data processing phase has been shortened further.

Defendants' pleading is due by **5:00 p.m. on October 2, 2020.** Plaintiffs may submit a responsive letter pleading of no more than five pages exclusive of exhibits by **5:00 p.m. on October 3, 2020.**

Despite the informal nature of this correspondence, it constitutes an ORDER of the Court and shall be docketed as such.

Sincerely,

_____/S/_____
Pamela A. Harris
United States Circuit Judge

_____/S/_____
Ellen L. Hollander
United States District Judge

_____/S/_____
Paula Xinis
United States District Judge