

**U.S. Department of Justice**

*Civil Division*
*Federal Programs Branch*

October 7, 2020

**Via CM/ECF**
The Honorable Pamela A. Harris
  U.S. Circuit Judge
The Honorable Ellen L. Hollander
  U.S. District Judge
The Honorable Paula Xinis
  U.S. District Judge

Re:   *La Unión Del Pueblo Entero, et al. v. Trump, et al.*, No. 8:19-cv-2710 (D. Md.)

Dear Judges Harris, Hollander, and Xinis:

Earlier today, the Ninth Circuit declined to stay a district court's preliminary injunction—under the Administrative Procedure Act—ordering the Census Bureau to continue 2020 Census data-collection operations through October 31, 2020. *See* Defs.' Ltr. at 2, Ex. A, ECF No. 128. Defendants write to inform this Court that they have appealed the Ninth Circuit's decision to the U.S. Supreme Court. *See* Application for a Stay Pending Appeal and Request for an Immediate Administrative Stay, *Ross v. Nat'l Urban League*, No. 20A–____ (Oct. 7, 2020).

DATED: October 7, 2020			Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Director, Federal Programs Branch

*/s/ Stephen Ehrlich*
STEPHEN EHRLICH
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Counsel for Defendants*