UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

**LA UNIÓN DEL PUEBLO
ENTERO, et al.,**

 *Plaintiffs*,

 v.

**DONALD J. TRUMP, sued in
his official capacity as President
of the United States, et al.,**

 *Defendants*.

Civil Action No. 8:19-cv-02710-PX

---

## DECLARATION OF CARMEN LEIJA

Pursuant to 28 U.S.C. § 1746, I, Carmen Leija, hereby declare and state as follows:

 1.  I am over the age of eighteen years and fully competent to make this declaration. I

am employed as a paralegal for the Mexican American Legal Defense and Educational Fund in

San Antonio, Texas.  I am not a party to this action.  The facts stated in this declaration are based

on my personal knowledge.

 2.  On August 25, 2020, I caused to be served upon the following recipients via

Certified Mail true and correct copies of the Second Amended Complaint and Summons:

> William Barr
> U.S. Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001
>
> Robert K. Hur
> U.S. Attorney for the District of Maryland
> 36 S. Charles Street, 4th Floor
> Baltimore, MD 21201

Donald J. Trump
President of the United States
1600 Pennsylvania Avenue NW
Washington, DC 20500

3.      Attached hereto as Exhibit A are true and correct copies of confirmation of

deliveries.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2020 in Bexar County, Texas.


_____
Carmen Leija


## CERTIFICATE OF SERVICE

I, hereby certify that, on the 9th day of November, 2020, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Nina Perales
Nina Perales

EXHIBIT A



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Barr
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 1733 6074 7635 02

2. Article Number (Transfer from service label)

7016 0910 0000 0367 9317

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
                                   SEP 2 2020

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert K. Hur
U.S. Attorney for the District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

9590 9402 1733 6074 7634 96

2. Article Number (Transfer from service label)

7016 0910 0000 0367 9454

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
Malik Treadwell

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage $

Total Postage and Fees $     8/25/20

Sent To  William Barr
Street and Apt. No., or PO Box No.  U.S. Atty General, 950 Pennsylvania Ave NW
City, State, ZIP+4®  Washington, DC 20530-0001

7016 0910 0000 0367 9317

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Lupe II v. Ross

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage $

Total Postage and Fees $     8/25/20

Sent To  Robert K. Hur
Street and Apt. No., or PO Box No.  U.S. Atty for the Dist. of Maryland
City, State, ZIP+4®  36 S. Charles St., 4th Floor, Baltimore

7016 0910 0000 0367 9454

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Donald J. Trump
President of the United States
1600 Pennsylvania Avenue NW
Washington, DC 20500

9590 9402 1733 6074 7629 01

2. Article Number (Transfer from service label)

7016 0910 0000 0367 9447

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To   8/25/20
Donald J. Trump
Street and Apt. No., or PO Box No.
President of the U.S.   Wash.
City, State, ZIP+4®   DC 20500
1600 Pennsylvania Ave. nw

PS Form **3800**, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 0910 0000 0367 9447

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70160910000003679447

Remove ✕

Your item was delivered at 3:49 am on September 8, 2020 in WASHINGTON, DC 20500.

## ✓ Delivered

September 8, 2020 at 3:49 am
Delivered
WASHINGTON, DC 20500

**Get Updates** ∨

Feedback

---

**Text & Email Updates** ∨

---

**Tracking History** ∨

---

**Product Information** ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.