IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 8:19–cv–02710–PX–PAH–ELH |

## JOINT MOTION TO MODIFY SCHEDULE

The Parties hereby jointly move this Court to: (i) enter Plaintiffs' Third Amended Complaint on or before January 31, 2021; and (ii) vacate the December 22, 2020, deadline for Defendants to respond to Plaintiffs' Second Amended Complaint, *see* Letter Order, ECF No. 139 at 1.

In support of this request, the Parties state as follows:

1. Plaintiffs filed their Second Amended Complaint on August 13, 2020. ECF No. 98. On August 17, 2020, the Court "informally stayed Defendants' response to the [Second] Amended Complaint." *See* ECF No. 139 at 1. On December 8, 2020, the Court entered a Letter Order that, among other things, ordered Defendants "to answer or otherwise respond to the Second Amended Complaint by no later than December 22, 2020." *Id.* (emphasis omitted).

2. Plaintiffs have informed Defendants that Plaintiffs intend to amend their Second Amended Complaint, and Defendants consent to such amendment. Before trial, "a party may amend its pleading . . . with the opposing party's written consent." Fed. R. Civ. P. 15(a)(2); *see* 6 Charles Alan Wright & Arthur R. Miller, *Federal Practice & Procedure* § 1490 (3d ed. 2020)

(with written consent, "[t]he pleader's right to amend is not subject to the court's discretion and the court must permit the amendment to be filed").

3. Plaintiffs' Third Amended Complaint will supersede their Second Amended Complaint. *See, e.g.*, *Young v. City of Mount Ranier*, 238 F. 3d 567, 572 (4th Cir. 2001) ("As a general rule, an amended pleading ordinarily supersedes the original and renders it of no legal effect.") (internal quotation marks omitted). Accordingly, the Parties submit that the December 22, 2020, deadline for Defendants to respond to Plaintiffs' Second Amended Complaint should be vacated.

4. The Parties propose that Plaintiffs file their Third Amended Complaint on or before January 31, 2021. The Parties will meet and confer for the purposes of proposing a briefing schedule to the Court.

5. A proposed order is attached.

WHEREFORE, the Parties respectfully request that the Court: (i) enter Plaintiffs' Third Amended Complaint on or before January 31, 2021; and (ii) vacate the December 22, 2020, deadline for Defendants to respond to Plaintiffs' Second Amended Complaint.

| | |
|---|---|
| DATED: December 17, 2020 | Respectfully submitted, |
| By /s/ Terry Ao Minnis<br>**ASIAN AMERICANS ADVANCING JUSTICE \| AAJC**<br>John C. Yang (IL Bar No. 6210478)*<br>Niyati Shah (NJ Bar No. 026622005)<br>Terry Ao Minnis (MD Bar No. 20547)º<br>Eri Andriola (NY Bar No. 5510805)º<br>1620 L Street, NW, Suite 1050<br>Washington, DC 20036<br>Phone: (202) 815-1098<br>Facsimile: (202) 296-2318 | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br><br>DIANE KELLEHER<br>Assistant Director, Federal Programs Branch<br><br>*/s/ Elliott M. Davis*<br>STEPHEN EHRLICH<br>ELLIOTT M. DAVIS<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC  20005<br>Tel.:  (202) 514-4336<br>Email:  elliott.m.davis@usdoj.gov<br><br>*Counsel for Defendants* |
| **MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**<br>Thomas A. Saenz (CA Bar No. 159430)º<br>Nina Perales (TX Bar No. 24005046)º<br>Andrea Senteno (NY Bar. No. 5285341)º<br>Tanya G. Pellegrini (CA Bar No. 285186)º<br>Daniel A. Hatoum (TX Bar No. 24099136)º<br>1016 16th Street NW, Suite 100<br>Washington, DC 20036<br>Phone: (202) 293-2828<br>Facsimile: (202) 293-2849 | |
| **WILMER CUTLER PICKERING HALE AND DORR LLP**<br>Debo P. Adegbile (NY Bar No. 2699742)<br>Jamie S. Dycus (NY Bar No. 4523569)<br>Alan E. Schoenfeld (NY Bar. No. 4500898)<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Phone: (212) 230-8800<br>Facsimile: (212) 230-8888 | |

* Pro hac vice application forthcoming
º Not admitted in DC.