IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 8:19–cv–02710–PX–PAH–ELH |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT**

Plaintiffs La Unión Del Pueblo Entero, et al., ("Plaintiffs"), by and through their undersigned counsel, and without opposition from Defendants, move this Court for a one-month extension of time to submit Plaintiffs' Third Amended Complaint.

1. On December 17, 2021, the Court granted the parties' joint motion asking that 1) Plaintiffs' Third Amended Complaint be filed on or before January 31, 2021, and 2) Defendants' deadline to respond to Plaintiffs' Second Amended Complaint be vacated. *See* ECF. No. 142.

2. In light of recent developments that are directly relevant to Plaintiffs' claims, including recent stipulations by Defendants and an accompanying court order in the case *National Urban League v. Ross*, No. 20-cv-05799, Dkt. No. 456 (N.D. Cal. Jan. 15, 2021), and President Biden's Executive Order on Ensuring a Lawful and Accurate Enumeration and Apportionment Pursuant to the Decennial Census,[1] Plaintiffs request that the deadline to file their Third Amended Complaint be changed to March 2, 2021.  The Parties will also meet and confer for the purposes of proposing a briefing schedule to the Court on or before March 2, 2021.

3. Plaintiffs conferred with Defendants on this request and Defendants are not opposed.

WHEREFORE, Plaintiffs respectfully request that the Court extend the deadline to submit their Third Amended Complaint to March 2, 2021.

Dated: January 24, 2021

Respectfully submitted,
By /s/ Terry Ao Minnis

**ASIAN AMERICANS ADVANCING JUSTICE | AAJC**
John C. Yang (IL Bar No. 6210478)*
Niyati Shah (NJ Bar No. 026622005)
Terry Ao Minnis (MD Bar No. 20547)º
Eri Andriola (NY Bar No. 5510805)º
1620 L Street, NW, Suite 1050
Washington, DC 20036
Phone: (202) 815-1098
Facsimile: (202) 296-2318

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
Thomas A. Saenz (CA Bar No. 159430)º
Nina Perales (TX Bar No. 24005046)º
Andrea Senteno (NY Bar. No. 5285341)º
Tanya G. Pellegrini (CA Bar No. 285186)º

---

[1] *See* Executive Order on Ensuring a Lawful and Accurate Enumeration and Apportionment Pursuant to the Decennial Census (Jan. 20, 2021), *available at* https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/20/executive-order-ensuring-a-lawful-and-accurate-enumeration-and-apportionment-pursuant-to-decennial-census/

Daniel A. Hatoum (TX Bar No. 24099136)º
1016 16th Street NW, Suite 100
Washington, DC 20036
Phone: (202) 293-2828
Facsimile: (202) 293-2849

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
Debo P. Adegbile (NY Bar No. 2699742)
Jamie S. Dycus (NY Bar No. 4523569)
Alan E. Schoenfeld (NY Bar. No. 4500898)
7 World Trade Center 250 Greenwich Street
New York, NY 10007
Phone: (212) 230-8800
Facsimile: (212) 230-8888

*\* Pro hac vice application forthcoming*
*º Not admitted in DC.*

## **CERTIFICATE OF SERVICE**

I certify that on this 24th day of January, 2021, I caused a copy of the Plaintiffs' Unopposed Motion for Extension of Time to File Third Amended Complaint to be sent to all parties receiving CM/ECF notices in this case.

/s/ Terry Ao Minnis

Terry Ao Minnis
