IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al, | |
| Plaintiffs, | |
| v. | Case No. 8:19–cv–02710–PX–PAH–ELH |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | |
| Defendants. | |

### ORDER

This Court having read and considered Plaintiffs' Unopposed Motion for Extension of Time to File Their Third Amended Complaint:

IT IS HEREBY ORDERED that the Motion is GRANTED, and

IT IS FURTHER ORDERED that the Plaintiffs' Third Amended Complaint is due on or before March 2, 2021.

SO ORDERED this ___25th___ day of __January__, 2021.

_____/S/_____
Paula Xinis, United States District Judge

_____/S/_____
Pamela A. Harris, United States Circuit Judge

_____/S/_____
Ellen L. Hollander, United States District Judge

1