**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. 8:19-cv-02710-PX-PAH-ELH |
| DONALD J. TRUMP, sued in his official capacity as President of the United States, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | *** | |

## **ORDER**

This Court, having read and considered Plaintiffs' Unopposed Motion for Extension of Time to File Third Amended Complaint, finds that the motion should be GRANTED:

IT IS HEREBY ORDERED that Plaintiffs' Third Amended Complaint is due on or be-fore April 1, 2021.

SO ORDERED this 2nd day of March, 2021.

_____/s/_____
Paula Xinis, United States District Judge

_____/s/_____
Pamela A. Harris, United States Circuit Judge

_____/s/_____
Ellen L. Hollander, United States District Judge